UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:22-CV-24015-KMM

MAIRIN GONZALEZ,

    Plaintiff,

v.

BREADFRUIT TREE, INC DBA NFSKIN,

    Defendant.

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, MAIRIN GONZALEZ ("Plaintiff"), and Defendant, BREADFRUIT TREE, INC DBA NFSKIN, ("Defendant") (together, the "Parties"), by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate and agree to Dismissal With Prejudice of the above-captioned action, with each party to bear her/its own attorneys' fees and costs. The Parties further stipulate and agree that the Court shall retain jurisdiction for sixty (60) days following the filing of this Stipulation to enforce the terms of any agreement between the Parties.

Dated: April 27, 2023            Respectfully submitted,

| | |
|---|---|
| */s/ Alberto Naranjo* | */s/Jason D. Berkowitz* |
| Alberto Naranjo, Esq. | Jason D. Berkowitz |
| Florida Bar No. 92923 | Email: jason@btattorneys.com |
| Email: AN@ANLawFirm.com | BT Law Group, PLLC |
| AN Law Firm, P.A. | 3050 Biscayne Blvd., Suite 205, |
| 7900 Oak Lane #400 AN Law | Miami, FL 33137 |
| Miami Lakes, FL 33016 | Telephone: (305) 507-8506 |
| Telephone: (305) 942-8070 | Facsimile: (305) 760-4722 |
| Facsimile: (305) 328-3884 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |